UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GARY C. SCHOEN,

    Plaintiff,

v.                                                                        Case No. 5:10-cv-652-Oc-34TBS

MARION COUNTY SHERIFF ED DEAN;
OFFICER GARY E. SHAW; and OFFICER
KENNETH E. COLLEY,

    Defendant.
_____/

## ORDER

Pending before the Court is the Defendants' Unopposed Motion to Extend Expert Witness Deadline and Memorandum of Law (Doc. 46).  Pursuant to Local Rule 3.01(g), counsel for the defendants represents that the plaintiff's attorney has been contacted and has no objection to the requested extension of time.  The Court also notes the requested extension should not interfere with the August, 2012 trial of this dispute.  Therefore, upon due consideration, the defense' motion is hereby GRANTED.  The defendants shall have through January 19, 2012 within to disclose their expert witness' reports.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on January 5, 2012.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge